IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRENDAN K., a minor, by and through his parents, LISA AND MICHAEL K. and LISA AND MICHAEL K., adults, individually, and on their own behalf | : : : : : : | CIVIL ACTION |
| v. | : : : | |
| EASTON AREA SCHOOL DISTRICT | : | NO. 05-4179 |

## ORDER

**AND NOW**, this 16th day of April, 2007, upon consideration of the motion for summary judgment of Brendan K., a minor, by and through his parents, Lisa and Michael K., and Lisa K. and Michael K., adults, individually, and on their own behalf (Docket Entry # 32), and Defendant's response thereto, **IT IS HEREBY ORDERED** that said motion is **DENIED**.

**IT IS FURTHER ORDERED** that, upon consideration of the motion for summary judgment of Defendant Easton Area School District (Docket Entry # 30), and Plaintiffs' response thereto, that said motion is **GRANTED**.

**JUDGMENT IS ENTERED** in favor of Defendant Easton Area School District, and against Plaintiffs Brendan K., a minor, by and through his parents, Lisa and Michael K., and Lisa K. and Michael K., adults, individually, and on their own behalf.

The Clerk of Courts is **ORDERED** to mark this case **CLOSED**.

BY THE COURT:

*/s/ Arnold C. Rapoport*
ARNOLD C. RAPOPORT,
United States Magistrate Judge